# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alex Vinson,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                              3:06-cv-353

City of Charlotte, NC and the
Charlotte-Mecklenburg Police Department

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19, 2007 Order.

**Signed: April 19, 2007**

Frank G. Johns, Clerk
United States District Court